# Order

Michigan Supreme Court
Lansing, Michigan

May 26, 2010

Marilyn Kelly,
Chief Justice

141000

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 141000
COA: 295481
Macomb CC: 2004-002096-FH

JULIE CHRISTINE LAEL BAUMER,
      Defendant-Appellee.
_____/

      By order of May 12, 2010, this Court granted immediate consideration and a stay of trial court proceedings. On order of the Court, the application for leave to appeal the April 12, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The stay of trial court proceedings is DISSOLVED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2010

_____
Clerk

p0519